UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SECURITIES AND EXCHANGE                                    :
COMMISSION,                                                :
                                                           :
                                    Plaintiff,             :          21-CV-7700 (VSB)
                                                           :
                    - against -                            :          **ORDER**
                                                           :
                                                           :
                                                           :
SIMON PIERS THURLOW,                                       :
ROGER LEON FIDLER, ESQ.,                                   :
RICHARD ORAVEC,                                            :
BRADLEY FIDLER,                                            :
BRYCE EMORY BOUCHER,                                       :
JOSEPH D. JORDAN,                                          :
and WESTERN BANKERS CAPITAL INC.,                          :
                                                           :
                                    Defendants.            :
                                                           :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff Securities and Exchange Commission ("SEC") commenced this action against

the above seven defendants ("Defendants") on September 15, 2021.  (Doc. 1.)  Defendant

Boucher sent his waiver of service on September 20, 2021, whereby his answer was due

November 19, 2021.  (Doc. 20.)  To date, Defendant Boucher has not filed his answer or

otherwise replied to the complaint, nor has he joined the other six Defendants' requests for

extension to file an answer.  (*See* Doc. 29.)  Therefore, if SEC intends to seek a default judgment

against Defendant Boucher, it is directed to do so in accordance with Rule 4(H) of my Individual

Rules and Practices in Civil Cases by no later than December 17, 2021.  If SEC fails to do so or

otherwise demonstrate that it intends to prosecute this litigation against Defendant Boucher, I

may dismiss the claim against Defendant Boucher for failure to prosecute pursuant to Federal

Rule of Civil Procedure 41(b).


SO ORDERED.

Dated: November 23, 2021
       New York, New York

                                     Vernon S. Broderick
                                     United States District Judge