UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
SECURITIES AND EXCHANGE                                   :
COMMISSION,                                               :
                                                          :
                                   Plaintiff,             :          21-CV-7700 (VSB)
                                                          :
                    - against -                           :              **ORDER**
                                                          :
SIMON THURLOW et al.,                                     :
                                                          :
                                   Defendants.            :
                                                          :
----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

 I am in receipt of (1) Defendants' letter motion for extension of time to file answer, (Doc. 32); (2) Defendant Bryce Boucher's motion to vacate default ("Motion"), (Doc. 33); (3) response to the Motion filed by Plaintiff Securities and Exchange Commission ("SEC"), (Doc. 34).  The SEC "does not oppose the Motion to the extent it seeks a reasonable amount of additional time for Boucher to respond to" the SEC's complaint.  (Doc. 34 at 1.)  In light of the circumstances described by Defendant Boucher, it is hereby ORDERED that his Motion is GRANTED.  It is FURTHER ORDERED that all Defendants shall file their answer to SEC's complaint on or before December 20, 2021.  Should any Defendant file a motion as its responsive pleading, the SEC will respond to such motion on or before January 27, 2022, and any reply shall be filed on or before February 10, 2022.

 The Clerk is respectfully directed to close the open motions at Docs. 32 and 33.

SO ORDERED.

Dated: December 9, 2021
      New York, New York

_____
Vernon S. Broderick
United States District Judge