## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : Hon. Vernon S. Broderick |
| Plaintiff, | : <br> : Civil Action No. 21-CV-7700(VSB)(CLW) |
| v. | : <br> : |
| SIMON PIERS THURLOW, et al., | : **NOTICE OF MOTION TO DISMISS** |
| Defendants. | : <br> : |

To:  Victor Suthammanot, Esq.
     Ladan F. Stewart, Esq.
     Mary Kay Dunning, Esq.
     Securities and Exchange Commission
     200 Vesey Street, Suite 400
     New York, NY 10281

PLEASE TAKE NOTICE that defendants Simon Piers Thurlow, pro se, and Roger Fidler, pro se, and Joseph Jordon, Bryce Boucher, Richard Oravec, Bradley Fidler and Western Bankers Capital, Inc., by and through their counsel Roger L. Fidler, Esq., file this Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), returnable February 1, 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard, Roger L. Fidler, attorney for Bryce Boucher, will apply to this Court for an Order Granting Defendant's Motion to Vacate Default pursuant to the Federal Rules of Civil Procedure as stated above.

In support of this motion, the Government respectfully refers the Court to the attached Memorandum of Law and supporting Exhibits, affidavits and requests that the Court decide the motion on the papers submitted, without oral argument, pursuant to Rule 78 of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Roger L. Fidler_____
Roger L. Fidler
Counsel for Defendants
Attorney for Defendants
Bryce Boucher
Joseph Jordan
Bradley Fidler
Richard Oravec
Western Bankers Capital, Inc.
402 E. 78th St., Ste 5
New York, NY 10075
(201) 220-8734
rfidler0099@aol.com

Dated: December 20, 2021

/s/ Simon Piers Thurlow\_\_\_\_\_
Simon Piers Thurlow

Dated: December 20, 2021