-----Original Message-----
From: Steven and Nora Stein <snstein42@gmail.com>
To: rfidler0099@aol.com
Sent: Tue, Nov 20, 2018 3:07 pm
Subject: Re: Confirmation of conversation today

Hi Roger,

I confirm what you just emailed me, except I never 'took over' the company. I was elected by the board to be the interim secretary and president in order for the company to be taken over by some third party. I never signed any promissory note, I did accept a money pay out for my one month of serving for the company as its sec'y/pres in order to be able to sign for its sale for Chris, I don't know Lieberman.
Steven

On Tue, Nov 20, 2018 at 11:39 AM <rfidler0099@aol.com> wrote:
> Dr. Stein:
>
> I am confirming a conversation that took place between us today. In that conversation I informed you that I had been subpoenaed in an SEC investigation of Dolat Ventures and I asked you for all past emails between us and you indicated that you do not keep old emails. We also discussed the execution of papers and you indicated that the only papers you executed were in the period of November/December 2015 when you were asked to take over the company, Dolat Ventures, by Chris Meissein and Billy Lieberman, for a month or so and you signed documents related to the issuance of stock. You also indicated that at that time you signed at least those two documents you could have, unknown to you, signed another signature page of which you may not have been given a copy. Thereafter you indicated that you did not sign a promissory note for Dolat Ventures. I also declined to inform you of the circumstances related to these questions so as not to contaminate your memory and I did not even ask leading questions. If this account of our conversation is accurate please reply confirming it and if it is inaccurate please confirm the conversation and correct any inaccuracies.
>
> Thank you for your cooperation in this matter.
>
> Regards,
>
> Roger
>
> **ROGER L. FIDLER**
> Attorney at Law
> 12 Marlboro Road
> West Milford, NJ 07421
> (201) 220-8734
> (201) 464-7943 (Fax)
>
> The information contained in this electronic message and any attached documents is privileged, confidential, and protected from disclosure. It may be an attorney-client communication and, as such, is privileged and confidential. If you are not the intended recipient, note that any review, disclosure, copying, distribution, or use of the contents of this electronic message or any attached documents is prohibited. If you have received this communication in error, please destroy it and notify us immediately by telephone (1-201-220-8734) or by electronic mail (rfidler0099@aol.com). Thank you.