From: **RICHARD ORAVEC** roravec@mac.com
Subject: Fwd: 1080909642
Date: December 21, 2016 at 3:44 PM
To: Kurt Huang huanganying@hotmail.com

Fyi, Chinese customs.

R.

> Begin forwarded message:
>
> From: Lori <mkt01.nys@aaexpress.us>
> Subject: Re: 1080909642
> Date: December 21, 2016 at 3:03:28 PM EST
> To: RICHARD ORAVEC <roravec@mac.com>
> Cc: Kurt Huang <huanganying@hotmail.com>, Timothy Chun <timmy.kg@gmail.com>
>
> Hi Richard,
>
> We apologize for any inconvenience caused.
> Your package is currently being held at our shipping center as the address provided is not considered as a business address, given the shipment is covered by your business account. Due to Chinese custom regulation getting more strict these days, shipping companies have to carry on service much more conservative than before. We appreciate your understanding for this situation at this very moment.
>
> Fortunately we have been able to upgrade your shipping method, by which your package will be delivered to the original address regardless of the address type.
>
> Here is the updated DHL tracking number: 1057575691

---

**EXPRESS WORLDWIDE**
DHL Online
WPX
**DHL**

From: Pivo Associates
Richard Oravec  Phone: 212-924-3548
277 West 11th Street
NEW YORK NY 10014
United States

Origin: ZYP

To: Huang An Ying
Room 1102, Unit 3, #33 building
XinTong International Garden,
Liyuan XIII, Tongzhou District
**101100, BEIJING, BEIJING**
China

Contact:
Huang An Ying
18611130977

**CN-PEK-SOC**

C

Day    Time:

Ref Code: nys05051
Date: 2016-12-21
Shpt Weight: **9.0 lb**
Piece: 1/1

EEI: NOEEI Sec 30.37(a)

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S. law prohibited.

Content:
documents and embosser seal

WAYBILL 10 5757 5691

0003940



The estimate delivery date is Dec 27, 2016 by DHL.

Again we are sorry for all the inconvenience. Thank you for choosing AAE SOHO Express.

On Wed, Dec 21, 2016 at 10:22 AM, RICHARD ORAVEC <roravec@mac.com> wrote:
> Yes.
> Please keep us updated asap.
>
> Sent from my iPhone
>
> On Dec 21, 2016, at 10:14 AM, Lori <mkt01.nys@aaeexpress.us> wrote:
>
>> Richard,
>>
>> We are looking into your problem now, it seems there is something wrong with the tracking system, we will update with you soon. We are sorry for the inconvenience.
>>
>> Lori
>>
>> On Wed, Dec 21, 2016 at 8:58 AM, RICHARD ORAVEC <roravec@mac.com> wrote:
>>> Lori,
>>> Can you confirm where my package is? The website shows that it left on the 14th? and nothing else.
>>>
>>> Thanks
>>> Ricky
>>
>>
>> Regards,
>>
>> Lori
>> 
>> AAE Express (SOHO) Corp.
>> 22 W 32nd St. 6th FL
>> New York, NY 10001
>> Tel: 212-302-8088
>> Fax: 212-302-6908
>> Email: mkt01.nys@aaeexpress.us

--
Regards,

Lori


AAE Express (SOHO) Corp.
22 W 32nd St. 6th FL
New York, NY 10001
Tel: 212-302-8088
Fax: 212-302-6908
Email: mkt01.nys@aaeexpress.us