# EXHIBIT A

```
<DOCUMENT>
<TYPE>15-12B
<SEQUENCE>1
<FILENAME>1512g.txt
<DESCRIPTION>VOLUNTARY SUSPENSION OF DUTY TO FILE
<TEXT>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 15

CERTIFICATION AND NOTICE OF TERMINATION OF REGISTRATION UNDER SECTION 12(g) OF
THE SECURITIES AND EXCHANGE ACT OF 1934 OR SUSPENSION OF THE DUTY TO FILE
REPORTS UNDER SECTIONS 13 AND 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission File Number 001-34128

DOLAT VENURES, INC.
(Exact name of registrant as specified in its charter)

545 Eighth Ave, Suite 401
New York, New York 10018
(212) 502-6657
(Address, including zip code, and telephone number, including area code, of
registrant s principal executive offices)

Common Stock, $0.001 par value per share
(Title of each class of securities covered by this Form)

None
(Titles of all other classes of securities for which a duty to file reports
under section 13(a) or 15(d) remains)

Please place an X in the box(es) to designate the appropriate rule
provision(s) relied upon to terminate or suspend duty to file reports:

|  |  |
|---|---|
| Rule 12g-4(a)(1) | [ ] |
| Rule 12g-4(a)(2) | [ ] |
| Rule 12h-3(b)(1)(i) | [ ] |
| Rule 12h-3(b)(1)(ii) | [x] |
| Rule 15d-6 | [ ] |

Approximate number of holders of record as of the certification
on notice date: 119

Pursuant to the requirements of the Securities Exchange Act of 1934, Dolat
Ventures, Inc. has caused this certification/notice to be signed on its
behalf by the undersigned duly authorized person.

Date:   May 2, 2014                     By:/s/ Shmuel Dovid Hauck
                                           ------------------------
                                           Name: Shmuel Dovid Hauck
                                           Title: President, CEO

Instruction:This form is required by Rules 12g-4, 12h-3 and 15d-6 of the General
Rules and Regulations under the Securities Exchange Act of 1934. The registrant
shall file with the Commission three copies of Form 15, one of which shall be
manually signed. It may be signed by an officer of the registrant, by counsel or
by any other duly authorized person. The name and title of the person signing

```
the form shall be typed or printed under the signature.
</TEXT>
</DOCUMENT>
```