UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | \* <br> \* <br> \* **CIVIL ACTION NO. 1:21-cv-07700-VSB-CLW** |
| **Plaintiff,** | \* <br> \* |
| **VERSUS** | \* <br> \* **Hon. Vernon S. Broderick** |
| **SIMON PIERS THURLOW, ROGER LEON FIDLER, RICHARD ORAVEC, BRADLEY FIDLER, BRYCE EMORY BOUCHER, JOSEPH D. JORDAN, and WESTERN BANKERS CAPITAL, INC.** | \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* |
| **Defendants.** | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## *EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH SICILIANO

Undersigned counsel, who is a member of the bar of this Court and attorney of record for Defendant Simon Piers Thurlow respectfully moves this Honorable Court, pursuant to Local Rule 1.3(c), to grant admission *pro hac vice* to Joseph Anthony Siciliano, Jr., whose address is 128 East Pharr Road, Decatur, GA 30030, allowing him to appear and participate as co-counsel for Defendant Simon Piers Thurlow in the captioned matter, and represent the following:

1. Attached hereto as Exhibit "A" is the Declaration of Joseph Anthony Siciliano, Jr., as evidence that he is duly licensed and a member in good standing of the Bar of the State of Georgia and has met the requirements set forth in Local Rule 1.3(c); and

2. Attached hereto as Exhibit "B" is the Certificate of Good Standing issued by the Bar of the State of Georgia showing that Joseph Siciliano is duly authorized to practice in and is in good standing with the Bar of the State of Georgia.

Respectfully submitted,

_____
**ROGER L. FIDLER**
402 E. 78th St., Ste 5
New York, NY 10075
Telephone:    (201) 220-8734
Facsimile:    (201) 464-7943
Email: rfidler0099@aol.com
**Counsel for Defendant Simon Piers Thurlow**

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of September, 2023, filed the foregoing *Ex Parte* Motion for Admission *Pro Hac Vice* of Roger L. Fidler with the Clerk of Court by using the CM/ECF system and served a copy via electronic transmission upon all parties who have not yet filed in court.

_____
Roger L. Fidler

2