UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>VERSUS<br><br>SIMON PIERS THURLOW,<br>ROGER LEON FIDLER,<br>RICHARD ORAVEC,<br>BRADLEY FIDLER,<br>BRYCE EMORY BOUCHER,<br>JOSEPH D. JORDAN,<br>and WESTERN BANKERS CAPITAL, INC.<br>Defendants. | *<br>*<br>* CIVIL ACTION NO. 1:21-cv-07700-VSB-CLW<br>*<br>*<br>*<br>* Hon. Vernon S. Broderick<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## **DECLARATION OF ATTORNEY JOSEPH ANTHONY SICILIANO, JR.**

I, JOSEPH ANTHONY SICILIANO, JR. do hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I have been continuously licensed as an attorney in the State of Georgia since December 17, 1998 (Bar #645335). I am also admitted to practice in the United States District Court for the Northern District of Georgia.

2. My address is 128 East Pharr Road, Decatur, GA 30030.

3. I seek admission *pro hac vice* so that I may appear and participate as co-counsel of record in the captioned matter on behalf of Defendant Simon Piers Thurlow.

4. In support of this request, and in compliance with Local Rule 1.3(c), I swear under oath that I do not have any disciplinary proceedings pending against me, have never had any disciplinary proceedings instituted against me, nor have I been censured, disbarred or denied admission or readmission by any court.

5. No criminal charges have been instituted against me and I have never been convicted of a felony.

Decatur, Georgia, this 26th day of September, 2023.

_____
JOSEPH ANTHONY SICILIANO, JR.

_____
Notary

[Notary Seal: Gordon Mills, Notary Public, Gwinnett County, Georgia, My Commission Expires April 10, 2027]

