UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | * * |
| Plaintiff, | * CIVIL ACTION NO. 1:21-cv-07700-VSB-CLW * * |
| VERSUS | * * Hon. Vernon S. Broderick |
| SIMON PIERS THURLOW, ROGER LEON FIDLER, RICHARD ORAVEC, BRADLEY FIDLER, BRYCE EMORY BOUCHER, JOSEPH D. JORDAN, and WESTERN BANKERS CAPITAL, INC. | * * * * * * * * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Ex Parte* Motion for Admission *Pro Hac Vice* of Joseph Anthony Siciliano, Jr., filed by Roger L. Fidler, attorney for Defendant, Simon Piers Thurlow.,

**IT IS HEREBY ORDERED** that the Motion for Admission *Pro Hac Vice* of Joseph Anthony Siciliano, Jr. be and is hereby **GRANTED** and that, in accordance with Local Rule 1.3(c), Joseph Siciliano is hereby admitted *pro hac vice* to appear and participate in the captioned matter as co-counsel for Defendant, Simon Piers Thurlow.

Signed in New York, New York, this ___ day of October, 2023.

_____
**VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE**