```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SECURITIES AND EXCHANGE                                    :
COMMISSION,                                                :
                                                           :
                        Plaintiff,                         :     21-CV-7700 (VSB)
                                                           :
            - against -                                    :         ORDER
                                                           :
                                                           :
SIMON PIERS THURLOW, et al.,                               :
                                                           :
                        Defendants.                        :
                                                           :
-----------------------------------------------------------X
```

I understand that in light of my September 5, 2024 Opinion & Order denying Defendants' motion to dismiss, (Doc. 51), Attorney Siciliano, counsel for Defendant Thurlow, has inquired[1] as to the deadline to serve its answer. Defendants are advised that pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), any pleadings responsive to the complaint must be served and filed by **September 19, 2024**.

Siciliano also represented that he is Defendant Thurlow's sole legal counsel.[2] Siciliano's October 5, 2023 motion for admission *pro hac vice* stated that he sought admission so that he could "appear and participate as co-counsel" for Thurlow. (Doc. 45 at 1.) The docket reflects this arrangement. I note further that Siciliano represented that other Defendants in this matter may seek his legal counsel as well. Accordingly, it is hereby:

---

[1] Siciliano called my chambers on September 9, 2024.
[2] The briefs in support of Defendants' motion to dismiss list Thurlow as appearing pro se (*i.e.*, Doc. 37 at 28), though Siciliano is cc'd as Thurlow's counsel in the signature block of Defendants' December 6, 2021 request for an extension, (Doc. 32). Siciliano on September 9, 2024 stated that he may have contributed to the memorandum of law in support of the motion to dismiss.

ORDERED that, if R. Fidler does not represent Thurlow, R. Fidler move to withdraw his representation of Thurlow by September 27, 2024 in accordance with Southern District of New York Local Rule 1.4.

IT IS FURTHER ORDERED that in the letter regarding co-defendant representation due September 27, 2024, (*see* Doc. 51 at 19), Defendants include a current listing of the legal counsel for each Defendant that is a party to this action.

SO ORDERED.

Dated: September 9, 2024
      New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge