**ROGER L. FIDLER**
Attorney at Law
1522 Gardner Drive
Lutz, Florida 33559
(201) 220-8734
(201) 464-7943 (Fax)
rfidler0099@aol.com

VIA PACER

September 24, 2024

Hon. Vernon S. Broderick
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE: SEC v. Thurlow, et al. 1:21-cv-7700 (VSB)

Dear Judge Broderick:

Due to illness I was unable to file two of the Answers in the above referenced case. I have conferred with counsel for the SEC and they have agreed to extend my time to submit the Answers to the Complaint to Wednesday, September 25, 2024, and will not oppose extending the time to submit my response to the Court's demand that I supply the rationale why I should be allowed to continue to represent those parties that I wish to continue to represent, along with a statement as to which attorney is representing each party, until Tuesday, October 1, 2024.

The Commission and I have also agreed that the SEC will be given until October 17, 2024 to respond to the Answers, including moving to block any of the Affirmative Defenses. I thus request Your Honor allow these extensions of time to Answer and to Contest the Answers as set forth above.

Thank you for this and all past considerations.

Sincerely,

*Roger L. Fidler*
Roger L. Fidler
Pro Se and Counsel to
the Defendants

cc:    Victor Suthammanont, Esq. (Via ECF)
        Richard R. Best, Esq. (Via ECF)
        Lara Shalov Mehraban (Via ECF)
        Mary K. Dunning, Esq. (Via ECF)