UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                  :
  SECURITIES AND EXCHANGE                                         :
  COMMISSION,                                                     :
                                                                  :
                                        Plaintiff,               :              21-CV-7700 (VSB)
                                                                  :
                     -against-                                   :              **ORDER AND NOTICE OF**
                                                                  :              **INITIAL CONFERENCE**
  SIMON PIERS THURLOW, *et al.*,                                 :
                                                                  :
                                        Defendants.  X
-----------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

On September 5, 2024, I issued an Opinion & Order denying Plaintiffs' motion to

dismiss.  (Doc. 51.)  All Defendants have now answered.  (Docs. 60, 62–65, 69–70.)  It is

hereby:

ORDERED that the Court will not be holding an initial pretrial conference.

IT IS FURTHER ORDERED that, by October 25, 2024, the parties submit a joint letter,

not to exceed three (3) pages, providing the following information in separate paragraphs:

1.    A brief description of the nature of the action and the principal defenses
       thereto;

2.    A brief explanation of why jurisdiction and venue lie in this Court.  If any
       party is a corporation, the letter shall state both the place of incorporation
       and the principal place of business.  If any party is a partnership, limited
       partnership, limited liability company or trust, the letter shall state the
       citizenship of each of the entity's members, shareholders, partners and/or
       trustees;

3.    A brief description of all contemplated and/or outstanding motions;

4.    A brief description of any discovery that has already taken place, and/or
       that which will be necessary for the parties to engage in meaningful
       settlement negotiations;

5.      A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6.      The estimated length of trial; and

7.      Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by October 25, 2024, Plaintiff submit a separate letter regarding its position, if any, on Defendants' current representation arrangement in light of the waivers of conflicts submitted by Defendants B. Boucher, B. Fidler, and J. Jordan.  (*See* Doc. 78.)

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:    October 3, 2024
          New York, New York

Vernon S. Broderick
United States District Judge