UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------:
SECURITIES AND EXCHANGE COMMISSION,            )

                                   Plaintiff,         )

V.                                                                            )

SIMON PIERS THURLOW, ROGER LEON FIDLER,        )    1:21-CV-7700 (VSB)
RICHARD ORAVEC, BRADLEY FIDLER,
JOSEPH JORDAN, BRYCE EMORY BOUCHER, and         )    ECF Case
WESTERN BANKERS CAPITAL,
                                                                 )
                                Defendants.
                                                                 )

## ORDER REMOVING ATTORNEYS

It is ORDERED that, for good cause shown, Roger L. Fidler is removed as counsel of record for Defendants Simon Piers Thurlow, Richard Oravec, and Joseph D. Jordan in this matter. The Clerk of Court is respectfully directed to note these terminations of representation on the docket and to terminate the pending motions at Docs. 75, 76, and 77.

SO ORDERED,

Dated October __3__, 2024

                                                                   _____
                                                                   The Honorable Vernon S. Broderick, U.S.D.J.