UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-- against --

SIMON PIERS THURLOW,
ROGER LEON FIDLER, ESQ.,
RICHARD ORAVEC,
BRADLEY FIDLER,
BRYCE EMORY BOUCHER,
JOSEPH D. JORDAN,
and WESTERN BANKERS CAPITAL INC.,

                Defendants.

21 Civ. 7700 (VSB)

ECF Case

### NOTICE OF MOTION PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 12(f) TO STRIKE
### DEFENDANTS' FOURTH THROUGH TENTH AFFIRMATIVE DEFENSES

      **PLEASE TAKE NOTICE** that Plaintiff Securities and Exchange Commission, upon the accompanying Memorandum of Law dated October 17, 2024, and upon all the prior proceedings herein, will move this Court before the Honorable Vernon S. Broderick at the Thurgood Marshal United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 518, for an order pursuant to Federal Rule of Civil Procedure 12(f) for an order striking Defendants' Fourth through Tenth Affirmative Defenses, together with such additional relief as the Court may deem appropriate and just.

Dated:  New York, New York
        October 17, 2024

                                                      /s/ *Abigail Rosen*
                                                     Abigail Rosen
                                                     Richard G. Primoff
                                                     Elizabeth Rosen
                                                     Victor Suthammanont
                                                     Attorneys for Plaintiff
                                                   SECURITIES AND EXCHANGE
                                                   COMMISSION
                                                   New York Regional Office
                                                   100 Pearl Street
                                                   New York, New York 10004
                                                   (212) 336-0473 (Rosen)
                                                   RosenAb@sec.gov