UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

  -- against --

SIMON PIERS THURLOW,
ROGER LEON FIDLER, ESQ.,
RICHARD ORAVEC,
BRADLEY FIDLER,
BRYCE EMORY BOUCHER,
JOSEPH D. JORDAN,
and WESTERN BANKERS CAPITAL INC.,

                      Defendants.

21 Civ. 7700 (VSB)

Certificate of Service

    I hereby certify, this 17th day of October 2024, that I served a true and correct copy of the following documents with the clerk of court for the U.S. District Court for the Southern District of New York and on all counsel of record, using the Court's CM/ECF system, and by email, as agreed, for *pro se* defendant Joseph D. Jordan:

1. Notice of Motion Pursuant to Federal Rule of Civil Procedure 12(f) to Strike Defendants' Fourth Through Tenth Affirmative Defendants; and

2. Plaintiff Securities and Exchange Commission's Memorandum of Law in Support of Its Motion to Strike Defendants' Affirmative Defenses.

                              /s/ *Abigail Rosen*
                              Abigail Rosen
                              Richard G. Primoff
                              Elizabeth Rosen
                              Victor Suthammanont
                              Attorneys for Plaintiff
                              U.S. Securities and Exchange Commission
                              New York Regional Office
                              100 Pearl Street
                              New York, NY 10004
                              (212) 336-0473 (Rosen)
                              rosenab@sec.gov

                              *Attorneys for Plaintiff Securities and Exchange Commission*