

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

October 24, 2024

<u>**Via ECF**</u>

The Honorable Sarah Netburn
United States Courthouse
40 Foley Square
New York, NY 10007

        **Re:    SEC v. Thurlow, et al., No. 21 Civ. 7700 (VSB) (S.D.N.Y.)**

Dear Judge Netburn:

      Pursuant to Judge Broderick's October 17, 2024 orders (Dkt. Nos. 86 and 87), Plaintiff Securities and Exchange Commission respectfully submits, with the consent of the Defendants, the attached proposed partial case management plan.

                                       Respectfully submitted,

                                       <u>*/s/ Abigail Rosen*</u>
                                       Abigail Rosen

cc (via ECF):  Roger Fidler, Esq. (*Pro Se* and Counsel to Defendants Bradley Fidler, Bryce Boucher, and Western Bankers Capital Inc.)
                    Joseph Siciliano, Esq. (Counsel to Defendants Simon Thurlow and Richard Oravec)

cc (via email): JD Jordan (*Pro Se*)