UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
       :
SECURITIES AND EXCHANGE       :
COMMISSION,       :
       :
                      Plaintiff,  :       21-CV-7700 (VSB)
       :
          -against-       :       **AMENDED**
       :       **ORDER OF REFERENCE**
SIMON PIERS THURLOW, *et al.*,       :
       :
                     Defendants.  :
       :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| __X__ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.
Dated:    October 28, 2024
            New York, New York

                                                              Vernon S. Broderick
                                                               United States District Judge