**ROGER L. FIDLER**
Attorney at Law
1522 Gardner Drive
Lutz, Florida 33559
(201) 220-8734
(201) 464-7943 (Fax)
rfidler0099@aol.com

November 6, 2024

**VIA PACER**

The Honorable Vernon S. Broderick
United States Courthouse
Foley Square
New York, NY 10007

    RE: SEC v. Thurlow, et al., 1:21-cv-07700-VSB (S.D.N.Y.)

    Request for an Extension of Time to Response to Motion to Strike

Dear Judge Broderick:

    I represent Defendants Western Bankers Capital, Inc., Bradley Fidler and Bryce Boucher as well as myself, and I am writing to request an Extension of Time to respond to Plaintiff's Motion to Strike.

    I am aware that I am past due on Plaintiff's Motion to Strike certain affirmative defenses that was due on October 31, 2024. Unfortunately, I am not able to do much of anything due to severe deterioration of my lumbar spine which causes me get pain and for which I am heavily sedated. I have been trying to schedule surgery which my neurosurgeon, Dr. Steven Tresser, MD who has approved the surgery. Due to a pre-existing MAC infection I have been trying to get pulmonary clearance and am awaiting that approval from my pulmonologist Juan Cevallos, MD which I expect very shortly in response to a CT scan taken Friday, November 1, 2024.. The scheduling of that surgery may remove me from work for an extended period of time due to the recovery time but I cannot state with certainty that period of time at the moment.

    I spoke with Abby Rosen, Esq., the attorney for the SEC, and she has agreed to grant an extension, and I suggest that two weeks until November 14, 2024 and she consents to this letter request. I have attached hereto her email so consenting. I will endeavor to accomplish the response by that date.

The Honorable Vernon S. Broderick
November 6, 2024
Page Two


      Therefore, I respectfully request that the Court grant my request for the two week extension until November 14, 2024 and issue an Order granting the requested extension.

Respectfully submitted,

/s/ Roger L. Fidler
Roger L. Fidler, *Pro Se*
Attorney for Defendants
Western Bankers Capital, Inc.,
B. Boucher and B. Fidler

## RE: Extension of Time SEC v Thurlow et al

From: Rosen, Abigail (rosenab@sec.gov)
To: rfidler0099@aol.com
Cc: primoffr@sec.gov; rosenel@sec.gov
Date: Wednesday, November 6, 2024 at 03:23 PM EST

No objection from me on you filing your letter. I note that you do not mention Western Bankers Capital in the attached draft.

Abby

> **From:** rfidler0099@aol.com <rfidler0099@aol.com>
> **Sent:** Tuesday, November 5, 2024 9:55 AM
> **To:** Rosen, Abigail <RosenAb@SEC.GOV>
> **Subject:** Extension of Time SEC v Thurlow et al
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Counsel:
>
> I have attached the proposed extension request to be filed on PACER once I have received your email confirming its acceptability. It is going to take a couple days apparently to get the pulmonologist clearance letter to the surgeon and they will not schedule the surgery without that. I will endeavor to met the new deadline despite the unpleasantness of working under the circumstances.
>
> Thank you for your cooperation in this matter.
>
> Regards,
>
> ROGER L. FIDLER
>
> Attorney at Law*
>
> 1522 Gardner Drive

Lutz, FL 33559

(813) 909-4094

(201) 220-8734 (Cell)

(201) 464-7943 (Fax)

The information contained in this electronic message and any attached documents is privileged, confidential, and protected from disclosure. It may be an attorney-client communication and, as such, is privileged and confidential. If you are not the intended recipient, note that any review, disclosure, copying, distribution, or use of the contents of this electronic message or any attached documents is prohibited. If you have received this communication in error, please destroy it and notify us immediately by telephone (1-813-909-4094) or by electronic mail (rfidler0099@aol.com). Thank you.

*Admitted to practice and active in the USPTO, NY and NJ only.

 Request for Extension of Time.docx
15.6kB