J.D. Jordan<br>
Box 23866<br>
New Orleans<br>
Louisiana 70183

October 19, 2024

2: cv 7700

Honorable Vernon S. Broderick
Thurgood Marshall US Court House
40 Foley Square
New York, NY 10007

Dear Judge Broderick

Please accept my apologies for the quality of this communication. I was distressed to read your recent ruling in my case. On page 7 of your ruling, it states that WBC/Jordan have been charged with numerous securities violations in addition to the Section 5 claim. A brief review will show that this is not the case.

In the complaint filed by the Commission on September 15, 2021, my company was cited on page 3 paragraph 8 (a) for alleged violations of Section 5 (a) and Section 5 (c) only of the Securities Act. In previous communications with SEC Counsel, I was advised that scienter is not necessary to violate the law. There were no other charges. If the SEC claims regarding the note are successfully adjudicated by Thurlow and Oravec then this claim will be moot. It should also respectfully be noted that there were no investor losses, in fact the exact opposite has transpired in this case. It is also should be note that the there was no discount on the note or conversion terms as the Commission erroneously allege in their pleadings as the price of the common stock and the conversion price were pari passu.

It is my intention to represent myself Pro Se and I have been doing so since the investigation began in September 2018, other than arranging with counsel to file an answer to this case on Pacer and my SEC interview in 2019.

I would like to request that my case be severed from the other defendants. If this request is granted, I would seek to engage legal counsel. I am 79 years old with a severely disabled son with Avenous Malformation of the brain (13 craniotomies) who requires assistance 24/7 and who suffers Grand Mal seizures daily. He is incapable of doing anything unassisted, requires use of a wheelchair and is unable to carry out even the most basic needs of human existence.

I relied on several legal opinions in deciding to purchase and convert the note. The documents were reviewed by three different attorneys, the legal department of one brokerage house and the transfer agent. I have filed suit against the law firm who rendered the opinion for legal malpractice and whose settlement was used as a pretext by the commission to bring this case. The case is currently pending in the Eastern District of Louisiana Case 2:23-cv-05124-BSL-DPC Western Bankers Capital, Inc. v. Kirton McConkie, PC et al

Your accommodation in this matter to my request would be greatly appreciated and may assist in matters of judicial economy.

Respectfully

J.D. Jordan

## Wesley Jordan

Seven-year-old Wesley Jordan and his mother, Margreth, have made several trips from their home in New Orleans to Barrow because of a very rare brain disorder — dural arteriovenous fistulas.

The dural sinuses are two large channels on either side of the back of the brain. Deoxygenated blood from the brain flows into the dural sinuses and then into the jugular veins and back to the heart and lungs.

Besides the vessels normally found in the brain, Wesley's brain has extra passages that drained into the dural sinuses. These abnormal passages are called fistulas, and the extra blood they carried created tremendous pressure in Wesley's dural sinuses. Like cars in a traffic jam, the blood became congested because it couldn't drain properly, and pressure built up, putting Wesley at risk for stroke.

Wesley's condition was diagnosed in 1999 when he was five. The child was treated at hospitals in New Orleans and Dallas, but neurosurgeons advised against surgery and sent Wesley home.

"They said if they opened his skull, he'd bleed to death because of the pressure in his brain," Margreth says. "He was very puffy and blue. There was no way we could live that way. It was like living in a minefield."

Two months later, Margreth saw a television program about Dr. Robert Spetzler and immediately contacted Barrow.



The new Pediatric ICU is bright and spacious.

Since then, Wesley has come to Barrow several times for surgery and embolizations to alter the blood flow in his brain. During the embolizations, Dr. Cameron McDougall inserted tiny metal coils into the fistulas to stop the abnormal blood flow. Wesley's most recent treatment went well, and Dr. McDougall is optimistic about the child's future.

"We see some tough cerebrovascular cases in children," says Dr. McDougall. "Wesley is a real trooper.

"We couldn't do these cases without the Pediatric Intensive Care Unit. The new PICU is so much nicer for families, especially for kids like Wesley who are so far from home."

To Whom it may concern,

Wesley Jordan our Son was born April 28, 1994.

Unfortunately after been diagnosed with an Artio Venous Malformation in the brain (AVM) in 1999, Wesley underwent a multitude of test, MRI, MRV, Angiograms, Embolizations and 13 Craniotomies. Wesley went to hell and back three years in row 1999, 2000 and 2001.
Three years of pain and anguish, an unbelievable list of medicine and drugs, IV, Central lines and finally a tracheotomy in 2001.
Wesley has over 180 Titanium Coils and Glue in the veins and Artery in the brain,. He also has a large titanium plate ,to replace the bone loss. Wesley also has a VP Shunt.
Wesley was in the border of death several times, in a coma twice.
When Physicians and Surgeons perform those extraordinary life saving surgeries, they cannot predict what the prognostic will be and the quality of life one may have following all this!
Wesley is now 16 years old and disable for life.
Wesley has Seizures several times a week, with every Seizure comes with a risk for a intracranial hemorrhage, this could be deadly or more disabling . Wesley walks on a mine field everyday of his Life.
He has constant intracranial pressure, he has vision problems, he must be help when walking since he cannot look down. He his very sensitive to light and sounds, he has neck pain and headache.
Wesley has neuropathic pain in his right arm and sometime right leg, he is almost always hot, caused by the titanium plate and coils in his brain, he cannot be expose sun and heat.
He has major speech problems and has difficulty communicating.
Hi his taking at this time over 9 different medicines everyday, over 750 pills a month.
He his sometime very drowsy and nauseated.

Wesley had a grand mal Seizure at School in September 2005 that caused a bleed, see enclosed photo of an MRI done 2/21/2006 that show the bleed, you may notice all the Coils in the other photo, and Wesley's extraordinary Vascular system.

 Gmail

j d Jordan <jdsgold@gmail.com>

## extraordinary caregivers

j d jordan <jdsgold@gmail.com>  
To: shelley.emling@huffingpost.com  
Bcc: Margreth Jordan <margrethjordan@gmail.com>

Mon, Oct 20, 2014 at 8:08 PM

Dear Ms Rita Wilson,

I would like to nominate my Wife of 26 years (Margreth Jordan) who is an extraordinary care giver.
My Wife Margreth takes care of our 20 year old Son "Wesley" who was diagnosed at the age of five with an "AVM" in the brain and underwent 13 Craniotomies.

Wesley has been disabled since 1999, and is in need of constant care for everything. He must be supervised and monitored 24 hours a day for Seizures. they cannot be entirely controlled by all the medications Wesley takes everyday (over 600 pills a month).

My Wife's life is entirely dedicated to Wesley, 24 hours a day 365 days since 1999, with no vacations and no time for herself, She also took care of her Mother who had Parkinson, she was from Europe and lived with us, she passed away in 2011.

My Wife Margreth is an extraordinary Mother, Daughter, Wife who is also very active in the community of Special adults, an extraordinary caregiver!

Margreth Jordan  
Born 8-8-1959  
New Orleans, Louisiana  
jdsgold@gmail.com  
(504) 737-3854

Thank you for your consideration.

J.D Jordan

2 attachments



**Wesley and Mom.jpg**  
167K

**Wesley Jordan.pdf**  
3110K

**J. D. JORDAN**
Box 23866
New Orleans, LA 70183
Tel: (504) 737-3854

September 9, 2010

R. Webb
Social Service Analyst
Disability Determinations
Dept. of Children and Family Services
Box 5916
Metairie, LA 70009

      RE:    Wesley Jordan
               Case # 0514250

Dear Mr. Webb:

    Since our response of August 25, 2010 to your inquiry on our son's seizures there have been more and we want to report them to you for the file.

    The chronology is attached. With at least 10 seizures during the course of the night and morning today we are in contact with the neurologist at Children's Hospital to seek to have him admitted to conduct more tests to try to determine what can be done and what is now the problem.

    I would also like to note that Wesley is only able to have insurance through a special plan in Louisiana for the uninsurable that is available when there is no coverage from any insurance. The lifetime limit is $500,000.00. If Wesley were to require additional Brain Surgery, this limit could be exceeded in one operation. Also attached is an excerpt from the doctor's report dated December 2, 2000.

    Thank you for your consideration in this matter.

                                     Sincerely,

                                     J.D. Jordan

JDJ/tw

 Gmail      j d Jordan <jdsgold@gmail.com>

## ny09876

**j d Jordan** <jdsgold@gmail.com>      Mon, Apr 5, 2021 at 7:46 AM
To: "Suthammanont, Victor" <suthammanontv@sec.gov>

dear sir

thank you for your kind inquiry in the first sentence in the email 'hope this email finds you well', i realize that my response to that makes no difference.

this has not been the case for my son or me. he takes some 15 pills per day for his epilepsy, AVM, etc and i now take about a dozen pills per day for congestive heart failure. i was in the ICU of the hospital for a week on oxygen,

the doctors tell me that i need to have an operation to implant a device that will help me to avoid a fatal heart attack. this is called an implantable cardioverter-defibrillator [icd]

my wife is now a caregiver for both of us. and it is very difficult since her day begins at about 3 am since my son cannot sleep because of some type of epilepsy that causes seizures while he is sleeping as well as during the day

i am taking the liberty to mention some of the diagnosis

-- chronic hfref [ heart failure with reduced ejection infraction] this was at 13% of where it is supposed to be.
--coronary artery heart disease involving native coronary artery of native heart
- st elevation myocardial infarction involving left anterior descending coronary artery
major depressive disorder
diabetes with circulatory complication

respectfully submitted
jd jordan

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

FROM:
JD Jordan
PO Box 23866
New Orleans LA 70183

TO:
Honorable Vernon S. Broderick
Thurgood Marshall US Court House
40 Foley Square
New York, NY 10007

US POSTAGE PAID
$10.45
Origin: 70123
10/21/24
2165760023-13

PRIORITY MAIL®

0 Lb 2.80 Oz
RDC 03
C099

EXPECTED DELIVERY DAY: 10/23/24

SHIP TO:
40 FOLEY SQ
NEW YORK NY 10007-1502

USPS TRACKING #
9505 5141 6737 4295 9325 13

USPS.COM/PICKUP

OD: 12 1/2 x 9 1/2

PS00001000014