UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
                      Plaintiff, :        21-CV-7700 (VSB)
:
    - against - :              **ORDER**
:
:
SIMON PIERS THURLOW, *et al.*, :
:
              Defendants. :
:
----------------------------------------------------------X

      I am in receipt of a letter dated October 19, 2024 from Defendant J. Jordan, who is proceeding pro se. (*See* Doc. 97.) In the letter, Defendant Jordan requests that his "case be severed from the other defendants." (*Id*. at 1.) Accordingly, it is hereby:

      ORDERED that by November 14, 2024, all parties except for Defendant Jordan submit their position(s) on whether the action against Defendant Jordan should proceed separately under Federal Rule of Civil Procedure 21, Rule 42(b), or through any other procedural mechanism.

      The Clerk of Court is respectfully directed to mail copies of this Order to Defendant Jordan at 9728 Robin Lane, River Ridge, LA 71023 and at Box 23866, New Orleans, LA 70183.

SO ORDERED.

Dated: November 7, 2024
      New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge