**ROGER L. FIDLER**
**Attorney at Law**
**1522 Gardner Drive**
**Lutz, Florida 33559**
**(201) 220-8734**
**(201) 464-7943 (Fax)**
rfidler0099@aol.com

R. Fidler's request to attend the hearing telephonically is GRANTED. The Court will provide the dial-in information before the hearing.

B. Fidler's request to attend the hearing telephonically is DENIED at this time. B. Fidler is advised he may submit a renewed request to appear telephonically, along with an affidavit explaining in detail why attending the hearing in person would pose a substantial financial hardship.

November 22, 2024

11/25/2024

SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

**VIA PACER**

The Honorable Vernon S. Broderick
United States Courthouse
Foley Square
New York, NY 10007

    RE: SEC v. Thurlow, et al., 1:21-cv-07700-VSB (S.D.N.Y.)

    Request for an Extension of Time to Response to Motion to Strike

Dear Judge Broderick:

    I presently represent Defendants Western Bankers Capital, Inc. ("WBC"), Bradley Fidler and Bryce Boucher as well as myself, and I am writing to request an extensive Extension of Time to allow me to obtain a much needed operation to repair my lumbar spine and recover from that operation before traveling to New York to appear before Your Honor to present my rationale for continuing to represent one, possibly two, of the defendants. WBC and Joseph Darrell Jordan are making arrangements to be represented by counsel, Nicolas Morgan, Esq. of the Investors Choice Action Network (ICAN), a not-for profit litigation organization.

    My operation has been scheduled for January 15, 2025.

    In the alternative I and Bradley Fidler could appear telephonically on December 10, 2024. I am unable to travel without extensive pain and Bradley Fidler is unable to travel due to financial distress being recently and currently unemployed. I spoke with Abby Rosen, Esq., the attorney for the SEC, and the SEC staff has agreed not object to my and my son's telephonic appearances but does object to an extension without date. I have attached her email so consenting and objecting.

    The recovery time for the operation is variable as it depends upon fusion of the three vertebrae involved, a slow process that takes months and during which any twisting with force could damage the fusion and require yet further treatment.

The Honorable Vernon S. Broderick
November 22, 2024
Page Two

      Therefore, I respectfully request that the Court grant my request extending the hearing scheduled for December 10, 2024, to a date to be determined by my ability to safely travel to New York, or in the alternative to allow myself and Bradley Fidler to appear telephonically on December 10, 2024, and postponing other action in this case until I have made a reasonable recovery.

Respectfully submitted,

/s/ Roger L. Fidler
Roger L. Fidler, *Pro Se*
Attorney for Defendants
Western Bankers Capital, Inc.,
B. Boucher and B. Fidler