UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                              :

SECURITIES AND EXCHANGE      :
COMMISSION,                                   :

                                    Plaintiff,    :        21-CV-7700 (VSB) (SN)

                    -against-              :        **ORDER**

SIMON PIERS THURLOW, *et al.*,   :

                     Defendants.  X
-------------------------------------------------------

<u>VERNON S. BRODERICK</u>, United States District Judge:

      A hearing in this matter on December 10, 2024 at 2:00 p.m. Any party appearing remotely is advised that the dial-in number for the hearing is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID.

SO ORDERED.

Dated:    December 6, 2024
            New York, New York

Vernon S. Broderick
United States District Judge