UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
SECURITIES AND EXCHANGE                                :
COMMISSION,                                            :
                                                       :
                           Plaintiff,            :      21-CV-7700 (VSB) (SN)
                                                       :
                -against-                             :              **ORDER**
                                                       :
SIMON PIERS THURLOW, *et al.*,                         :
                                                       :
                         Defendants.           :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I have been advised that Defendants J.D. Jordan and WBC Inc. have retained or will retain counsel through the Investor Choice Advocates Network (ICAN). Accordingly, it is hereby:

       ORDERED that the ICAN attorney(s) representing Defendants Jordan and WBC Inc. shall enter their appearance in this matter no later than January 3, 2025. If ICAN counsel has not appeared by that date, Defendants Jordan and WBC Inc. shall file a short letter informing me of the status of his ICAN representation.

       The Clerk of Court is respectfully directed to send a copy of this order to Defendant Jordan via mail to Box 23866, New Orleans, LA 70183 and via email to jdsgold@gmail.com.

SO ORDERED.

Dated:    December 12, 2024
             New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge