Joseph Darrell Jordan
P.O. Box 71710
New Orleans, LA 70172

VIA PACER

January 6, 2025

Hon. Vernon S. Broderick
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE: SEC v. Thurlow, et al. 1:21-cv-7700 (VSB)

Dear Judge Broderick:

I am pleased to report that Mr. Nicolas Morgan of Icanlaw.com has confirmed that he can represent us. We are finalizing the engagement letter now and he will make an appearance next week.

Thank you for your patience.

Respectfully submitted,

/s/ Joseph Darrell Jordan
Joseph Darrell Jordan