Bradley W. Fidler
1522 Gardner Drive
Lutz, Florida 33559

January 20, 2025

Honorable Vernon S. Broderick
Thurgood Marshall US Court House
40 Foley Square
New York, NY 10007

RE; SEC vs. Thurlow Case Number 21-CV-7700 (VSB)

**REQUEST FOR EXTENSION**

Dear Judge Broderick:

I am writing to respectfully request a ten-day extension on my filing to find a court appoint lawyer. Since I have lived in numerous locations over the last seven years drawing together the necessary records has proved extremely challenging especially when dealing with bank statement copies going back over several years for accounts that are no longer operative.

This is further complicated by my father's incapacitation in hospital which necessitates my daily attendance upon him as well as supporting my elderly Mother during this time of family crisis.

Thank you for your consideration of my request.

Yours truly

*Bradley W Fidler*

Bradley W. Fidler