Roger L. Fidler
1522 Gardner Drive
Lutz, Florida 33559

January 20, 2025

Honorable Vernon S. Broderick
Thurgood Marshall US Court House
40 Foley Square
New York, NY 10007

**RE; SEC vs. Thurlow Case Number 21-CV-7700 (VSB)**

**REQUEST FOR EXTENSION**

Dear Judge Broderick:

I am writing to inform you that my spinal surgery has taken a catastrophic turn for the worse and has resulted in me having to have a second surgery in attempt to rectify paralysis in my foot. This surgery has resulted in an internal tear which has caused extensive bleeding which I may now need a third operation to rectify. I am currently immobilized and unable to move or even sit upright.

In view of these unfortunate circumstance, I must respectfully request a two-week extension on all matters before this court and the SEC.

Thank you for your consideration of my request.

Yours truly

*Roger L. Fidler*
Roger L. Fidler