UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff.<br>– v. –<br><br>SIMON PIERS THURLOW, ROGER LEON FIDLER, RICHARD ORAVEC, BRADLEY FIDLER, BRYCE EMORY BOUCHER, JOSEPH D. JORDAN and WESTERN BANKERS CAPITAL INC.,<br><br>Defendants. | Case No. 1:21-cv-07700-VSB-SN<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, John T. Zach, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Joseph D. Jordan and Western Bankers Capital, Inc., in the above-captioned proceeding.

Dated: New York, New York
       February 5, 2025

BOIES SCHILLER FLEXNER LLP

By:   /s/ John T. Zach
      John T. Zach
      55 Hudson Yards
      New York, NY 10001
      Telephone: (212) 446-2300
      Fax: (212) 446-2350
      jzach@bsfllp.com

      *Attorney for Defendants*
      *Joseph D. Jordan and Western*
      *Bankers Capital, Inc.*