UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

                              Plaintiff,                       21-CV-07700 (VSB)(SN)

        -against-                                                  **ORDER**

SIMON PIERS THURLOW, et al.,

                             Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On December 23, 2024, the Honorable Vernon S. Broderick set deadlines for Defendants to file a motion based on Loper Bright Enterprises v. Raimondo. ECF No. 124. These deadlines are now ADJOURNED without further date.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     February 10, 2025
                  New York, New York