UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                          Plaintiff,

    -against-

SIMON PIERS THURLOW, et al.,

                         Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2025

21-CV-07700 (VSB)(SN)

**ORDER REQUESTING APPEARANCE OF *PRO BONO* COUNSEL**

**SARAH NETBURN, United States Magistrate Judge:**

    Defendant Roger Fidler's April 7, 2025 request for *pro bono* counsel is GRANTED. The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Defendant.

    In this case, the Securities and Exchange Commission has charged Defendant Roger Fidler and his co-Defendants with violations of the Securities Act and the Exchange Act. In part, Defendants are charged with devising and executing a reverse merger and making fraudulent representations regarding securities issuances and sales.

    Defendant is reminded that he does not have a constitutional right to *pro bono* counsel and there are limited lawyers available to volunteer to represent *pro se* litigants. Accordingly, unless and until a *pro bono* lawyer agrees to represent Defendant, he must proceed on his own behalf.

**SO ORDERED.**

                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:    April 8, 2025
               New York, New York