## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff.<br><br>     – v. –<br><br>SIMON PIERS THURLOW, ROGER LEON FIDLER, RICHARD ORAVEC, BRADLEY FIDLER, BRYCE EMORY BOUCHER, JOSEPH D. JORDAN and WESTERN BANKERS CAPITAL INC.,<br><br>          Defendants. | Case No. 1:21-cv-07700-VSB-SN<br><br>**NOTICE OF MOTION FOR JUDGMENT ON PLEADINGS** |

PLEASE TAKE NOTICE that, upon the annexed Declaration of Nicolas Morgan, executed on April 8, 2025, and the exhibits attached thereto, the accompanying memorandum of law, and all pleadings herein, Defendants Joseph D. Jordan and Western Bankers Capital, Inc. ("Defendants"), by their undersigned counsel, hereby move before the Honorable Vernon S. Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 518, New York, New York, for an order, pursuant to Fed. R. Civ. P. 12(c), granting Defendants judgment on the pleadings, dismissing the Complaint in its entirety with prejudice.

PLEASE TAKE FURTHER NOTICE that Plaintiff's opposition papers, if any, and Defendants' reply papers, if any, shall be filed in accordance with Local Rule 6.1(b).

Dated: New York, New York
       April 10, 2025

                                   BOIES SCHILLER FLEXNER LLP

                                   By:     /s/ John T. Zach
                                             John T. Zach
                                           55 Hudson Yards
                                           New York, NY 10001
                                           Telephone: (212) 446-2300
                                           Fax: (212) 446-2350
                                           jzach@bsfllp.com

                                           *Attorney for Defendants*
                                           *Joseph D. Jordan and Western*
                                           *Bankers Capital, Inc.*

Dated: Los Angeles, California
       April 10, 2025

                                   INVESTOR CHOICE ADVOCATES
                                   NETWORK

                                   By:     /s/ Nicolas Morgan
                                             Nicolas Morgan
                                           453 S. Spring Street
                                           Suite 400
                                           Los Angeles, CA 90013
                                           Telephone: (310) 849-0384
                                           nicolas.morgan@icanlaw.org

                                           *Attorney for Defendants*
                                           *Joseph D. Jordan and Western*
                                           *Bankers Capital, Inc.*