UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

                         Plaintiff,                    21-CV-07700 (VSB)(SN)

    -against-                          **ORDER**

SIMON PIERS THURLOW, et al.,

                        Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      Plaintiff filed a letter motion to compel, requesting an "informal conference" and an order directing Defendants Simon Thurlow, Richard Oravec, and Bradley Fidler to destroy documents inadvertently produced to them by Plaintiff. Defendants Thurlow, Oravec, and Fidler shall file any response to this motion jointly by July 11, 2025, in the form of one letter not to exceed five pages. Plaintiff is ORDERED to submit the documents for *in camera* review by e-mailing them to Netburn_NYSDChambers@nysd.uscourts.gov. The Court will review the documents for any exculpatory information. While this motion is pending, Defendants are ORDERED not to view or otherwise access the inadvertently disclosed documents. Counsel is reminded of the ethical obligations contained in Rule 4.4 of the New York Rules of Professional Conduct.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    July 9, 2025
               New York, New York