UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    -against-

SIMON PIERS THURLOW, et al.,

                Defendants.

-------------------------------------------------------------X

21-CV-07700 (VSB)(SN)

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

    On July 10, 2025, Plaintiff filed a letter motion to compel Defendant Roger Fidler to produce certain documents and to extend the fact discovery deadline. ECF No. 171. Any responsive letter was due on July 15, 2025, but Defendant has not filed one. Defendant is directed to file any responsive letter by July 22, 2025.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 21, 2025
             New York, New York