UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,            21-CV-07700 (VSB)(SN)

    -against-              **ORDER TO SHOW CAUSE**

SIMON PIERS THURLOW, et al.,

                    Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        Pursuant to the Court's July 29, 2025 and August 11, 2025 Orders (ECF Nos. 177 and 182), Counsel for Roger Fidler was directed to facilitate the production of "electronic versions of previously produced documents." The declaration of T. Edward Williams that was filed on August 18, 2025 (ECF No. 183) does not adequately comply with the Court's Orders and fails to address if or when the previously requested native files will be produced to Plaintiff.

        Accordingly, Counsel for Roger Fidler shall SHOW CAUSE in writing, by September 5, 2025, why Mr. Fidler or Mr. Williams, or both, should not be sanctioned for failing to produce documents stored electronically in their native format. See Fed. R. Civ. P. 37(b). Counsel shall set forth, with clarity and specificity, what efforts were made to locate the documents; and if no documents were located after a reasonable search, Counsel shall so state. Counsel and Mr. Fidler are warned that the failure to show cause for their deficiencies may result in sanctions.

SO ORDERED.

*/s/ Sarah Netburn*
SARAH NETBURN
United States Magistrate Judge

DATED:    August 26, 2025
               New York, New York