UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,

      -against-

SIMON PIERS THURLOW, et al.,

                        Defendants.

--------------------------------------------------------------X

21-CV-07700 (VSB)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2025

**SARAH NETBURN, United States Magistrate Judge**:

      Pursuant to the Court's August 26, 2025 Order to Show Cause (ECF No. 185), Defendant Roger L. Fidler and his Counsel (T. Edward Williams) filed affidavits in opposition to the Order to Show Cause. ECF Nos. 186 and 187. In light of the additional information provided by Mr. Fidler and Mr. Williams, the parties are directed to meet and confer to discuss the SEC's request for the production of electronic versions of previously produced documents. If additional judicial intervention is necessary to address the SEC's request, Plaintiff shall file a request for a discovery conference by Friday, September 19, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 9, 2025
               New York, New York