```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,

       -against-

SIMON PIERS THURLOW, et al.,

                        Defendants.

-----------------------------------------------------------------X

21-CV-07700 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, this case is stayed until the business day after the President signs into law a budget appropriation that restores federal funding.

    Further, within three weeks from when the President signs a budget restoring federal funding, Plaintiff is ORDERED to file a status report updating the Court on the sufficiency of Defendant Roger Fidler's recent production. See ECF No. 194.

**SO ORDERED.**

                                                 SARAH NETBURN
                                                 United States Magistrate Judge

DATED:    October 27, 2025
             New York, New York