```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,

                     -against-

SIMON PIERS THURLOW, et al.,

                        Defendants.

-----------------------------------------------------------------X

21-CV-07700 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the recent lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, all deadlines are extended by the number of days between September 30, 2025, and the restoration of federal funding. The deadline to complete fact discovery is adjourned to Monday, December 22, 2025; the deadline to disclose expert evidence is adjourned to Monday, January 26, 2026; the deadline to disclose rebuttal expert evidence is adjourned to Monday, March 2, 2026; the deadline to complete expert discovery is adjourned to Monday, March 30, 2026; and any summary judgment motion shall be filed before the Hon. Vernon S. Broderick, without a pre-motion letter, by Monday, April 26, 2026.

      Further, pursuant to this Court's October 27, 2025 Order, Plaintiff shall file a status report updating the Court on the sufficiency of Defendant Roger Fidler's production noted at ECF No. 194 by no later than Wednesday, December 3, 2025.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                             United States Magistrate Judge

DATED:    November 18, 2025
                 New York, New York