UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

                                    Plaintiff,                           21-CV-07700 (VSB)(SN)

                 -against-                                               ORDER

SIMON PIERS THURLOW, et al.,

                                    Defendants.

------------------------------------------------------------------X

SARAH NETBURN, United States Magistrate Judge:

        On February 2, 2026, Defendant Roger Fidler filed a letter requesting to extend the

deadlines to complete fact and expert discovery to April 17, 2026. ECF No. 211. The SEC filed a

response on February 5, 2026, opposing Fidler's requests and asking the Court to compel Fidler

to complete his outstanding document production by February 25, 2026, and appear for his

deposition on or before March 11, 2026. ECF No. 212.

        Givin the ongoing delays with completing Fidler's discovery, the Court DENIES Fidler's

request for a two-month extension and GRANTS the SEC's request. Accordingly, Fidler is

ORDERED to complete his outstanding document production by no later than Wednesday,

February 25, 2026, and appear for his deposition by no later than Wednesday, March 11, 2026.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:       February 9, 2026
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 2/9/2026