**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

– – – – – – – – – – – – – – – – – – – – – – – – – – – –X

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | 21 Civ. 07700 (VSB)(SN) |
| Plaintiff, | : | |
| v. | : | |
| SIMON PIERS THURLOW et al., | : | |
| Defendants. | : | |

– – – – – – – – – – – – – – – – – – – – – – – – – – –X

### DEFENDANT, ROGER FIDLER, ESQ.'S NOTICE OF MOTION OBJECTING THE MAGISTRATE ORDER DENYING LETTER REQUEST TO EXTEND DISCOVERY DEADLINE

Pursuant to Federal Rules of Civil Procedure 72(a), Federal Rule of Civil Procedure 72(b)(3), and Local Rule 72.1(a)–(b), Defendant, Roger Fidler, Esq., through his attorney, T. Edward Williams, Esq., respectfully moves this Court to extend the discovery deadline up to and including 17 April 2026 to permit Roger Fidler, Esq. to conduct discovery or, alternatively, to recommit this matter to Judge Netburn to reconsider her decision at ECF Doc. No. 215 under Fed. R. Civ. P. 72(b)(3). In support, Roger Fidler, Esq., submits Memorandum of Law dated 24 February 2026, which is being filed contemporaneously with this motion is incorporated into this Notice of Motion.

20939.1

Dated:   24 February 2026
        New York, New York

Respectfully submitted,

By: */s/ T. Edward Williams, Esq.*
T. Edward Williams, Esq.
WILLIAMS LLP
420 Lexington Avenue Suite 875
New York, New York 10170
212.417.0430
edward@williamsllp.com
Attorney for Defendant Roger Fidler, Esq.

2

20939.1

3

20939.1