

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**DIVISION OF**
**ENFORCEMENT**

April 20, 2026

**VIA ECF**

The Honorable Vernon S. Broderick
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *SEC v. Thurlow, et al.,* No. 21 Civ. 7700 (VSB) (SN)

Dear Judge Broderick:

Plaintiff Securities and Exchange Commission ("SEC") writes pursuant to the Court's March 31, 2026 Order (ECF No. 241), to inform the Court that the SEC will not be pursuing its claims for disgorgement and prejudgment interest against the estate of Joseph Jordan ("Jordan"). In addition, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the SEC today filed a Stipulation of Voluntary Dismissal as to Defendant Western Bankers Capital, Inc. ("WBC") (ECF No. 244).

In light of the above developments, the SEC further respectfully requests that the Court deny as moot Jordan's and WBC's pending motions and requests, including (1) Motion for Judgment on the Pleadings (ECF Nos. 153-155); (2) request for briefing on the availability of disgorgement (ECF No. 208); and (3) Motion for Summary Judgment (ECF Nos. 233-236). The SEC has conferred with counsel for Jordan and WBC, who consents to this request.

Respectfully submitted,

*/s/ Abigail Rosen*
Abigail Rosen

The Motion for Judgment on the Pleadings, (Doc. 153), request for briefing on the availability of disgorgement, (Doc. 208), and Motion for Summary Judgment, (Doc. 233), are DENIED as moot. The parties are ordered to file a joint letter by **May 1, 2026** indicating their availability for a post-discovery conference, the status of the discovery dispute regarding defendant Roger Fidler's production, and whether the parties request an amended referral to Magistrate Judge Netburn for settlement purposes.

The Clerk of Court is respectfully directed to terminate the motions at Docs. 153, 208, and 233 and to lift the stay in this action.

SO ORDERED:

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE    4/20/2026