

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**DIVISION OF
ENFORCEMENT**

April 30, 2026

**Via ECF**

The Honorable Vernon S. Broderick
United States Courthouse
40 Foley Square
New York, NY 10007

>   Re:    **SEC v. Thurlow, et al., No. 21 Civ. 7700 (VSB) (SN) (S.D.N.Y.)**

Dear Judge Broderick:

Pursuant to the Court's April 20, 2026 order (ECF No. 246, the "Order"), Plaintiff Securities and Exchange Commission (the "SEC"), having conferred with counsel for all Defendants, respectfully submits this joint letter on behalf of all parties to: (1) update the Court about the status of the discovery dispute regarding defendant Roger Fidler's ("Fidler") production; (2) provide the parties' availability for a post-discovery conference; and (3) indicate whether the parties request an amended referral to Magistrate Judge Netburn for settlement purposes.

<u>Status of Discovery Dispute Regarding Roger Fidler's Production</u>

On April 24, 2026, Magistrate Judge Netburn ordered Fidler to provide the SEC with his native email files in two stages—with the bulk of documents due on May 4, 2026, and the remainder and a privilege log due on May 21, 2026. (ECF Nos. 248 and 249.)

<u>Availability for a Post-Discovery Conference</u>

Based on the above document production schedule, the parties anticipate that discovery will be complete by May 21, 2026, though the SEC reserves the right to seek to reopen Fidler's deposition based on his belated production of documents.  In order to give the SEC time to review the production, and to accommodate the schedules of all the parties, the parties request a post-discovery conference during the week of June 1st.  The parties are generally available to attend a conference on June 1st, 3rd, or 4th.

The Hon. Vernon S. Broderick
April 30, 2026
Page 2

<u>Amended Referral to Magistrate Judge Netburn</u>

The parties have conferred and are not requesting a settlement conference at this time.

Respectfully submitted,

*/s/ Abigail Rosen*
Abigail Rosen

cc: Counsel for Defendants (ECF)