UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SECURITIES AND EXCHANGE                                    :
COMMISSION,                                                :
                                                           :
                               Plaintiff,                  :          21-CV-7700 (VSB)
                                                           :
                   -against-                               :          **ORDER**
                                                           :
SIMON PIERS THURLOW, *et al.*,                             :
                                                           :
                               Defendants.                 :
                                                           :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

I held a post-discovery conference in this matter on June 1, 2026. In accordance with my comments during the conference, it is hereby:

ORDERED that Defendant Roger Fidler shall produce to the SEC all responsive native documents and a supplemental privilege log, if any, by **Friday, June 5, 2026**.

IS IT FURTHER ORDERED that the parties shall file a joint letter by **Monday, June 8, 2026** regarding: (i) the status of Roger Fidler's production of native documents and supplemental privilege log; (ii) whether there are any other outstanding discovery issues apart from Roger Fidler's document production and the potential forthcoming motion to reopen discovery for the purpose of taking the deposition of Charles Parkinson Lloyd; (iii) the briefing schedule on any forthcoming motions, including motions for summary judgment, motions to reopen discovery, and motions under Federal Rule of Civil Procedure 21; (iv) the availability of the parties for trial in this case between September 2026 and March 2027; and (v) whether the parties would like a settlement referral to either Magistrate Judge Sarah Netburn or a different Magistrate Judge or a referral to the Southern District's Mediation Program for mediation, or

whether the parties will proceed with privately negotiating a settlement prior to requesting a referral.

IT IS FURTHER ORDERED that because a timely motion for substitution was not made by any party or by Defendant Joseph Jordan's successor or representative, the action against Mr. Jordan is dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1).

The Clerk of Court is respectfully directed to terminate Joseph Jordan from this action.

SO ORDERED.

Dated:      June 1, 2026
            New York, New York

Vernon S. Broderick
United States District Judge

2