WILLIAMS LLP

420 Lexington Avenue Suite 875
New York, New York 10170
Direct Dial: 212.417.0430
edward@williamsllp.com

9 November 2026

**BY CM/ECF**
The Honorable Vernon S. Broderick
40 Foley Square
New York, New York 10007

Re: SEC v. Thurlow et al. 21 Civ. 7700 (VSB) (SN)
Subject: Second Letter Request to Amend Summary Judgment Briefing Schedule

Dear Judge Broderick:

I represent Roger Fidler, Esq., one of the Defendants in this matter. I am authorized to file this amended letter-motion on behalf of all Defendants. I submit it under Your Honor's Individual Rules and Practices to amend the summary judgment briefing schedule. It amends and supersedes the request in Defendants' letter dated 29 September 2026. See ECF Doc. No. 291.

The Securities and Exchange Commission ("SEC") filed its summary judgment motion on 17 September 2026.[1] The SEC's motion includes 104 exhibits and 10 other attachments. The SEC also sought and obtained leave to exceed the page limits in this Court's Individual Rules and Practices. See ECF Doc. Nos. 281–290.

Since Defendants filed their 29 September 2026 letter, two circumstances that have changed. First, Defendants Simon Thurlow and Richard no longer intend to file cross motions for summary judgment, and so, no Defendant will file a cross-motion. Second, two of the counsel for a combined three defendants have some personal emergencies relating to family health issues that have caused them to be absent for a number of weeks.

Defendants, with the SEC's consent, respectfully request that the summary judgment briefing schedule be amended as follows:

| Filing | Current Due Date | Requested Due Date |
|---|---|---|
| Defendants' Oppositions to the SEC's Summary Judgment Motion | 20 November 2026 | **14 December 2026** |
| SEC's Reply in Support of Its Summary Judgment Motion | 15 January 2026 | **5 February 2027** |

Previous requests. Defendants requested amendment of this briefing schedule by letter dated 29 September 2026, and the Court entered a memorandum endorsement on 30 September 2026. ECF Doc. Nos. 291, 292. Separately, the SEC requested, with consent, an extension of its

[1] The SEC's motion for summary judgment was due on 18 September 2026.

deadline to file its summary judgment motion, and the Court granted that request. ECF Doc. Nos. 267, 268.

Consent. Defendants have conferred with the SEC, and the SEC consents to this request.

Sincerely,

/s/ T. Edward Williams, Esq.

WILLIAMS LLP